IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Longmore, Dawn

Printed: 5/13/08

Case Number: 07 B 06711
Judge: Hollis, Pamela S
Filed: 4/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 31, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,860.00 |  |
| Secured: |  | 1,817.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,834.00 |
| Trustee Fee: |  | 208.44 |
| Other Funds: |  | 0.00 |
| Totals: | 3,860.00 | 3,860.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 600.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,834.00 | 1,834.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 800.00 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 31,918.90 | 1,817.56 |
| 6. | Cornea Cataract & Laser Center | Unsecured | 18.00 | 0.00 |
| 7. | Capital One | Unsecured | 126.76 | 0.00 |
| 8. | AT&T Wireless | Unsecured | 202.15 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 22.88 | 0.00 |
| 10. | Northern Leasing System | Unsecured | 203.97 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 9.58 | 0.00 |
| 12. | Capital One | Unsecured | 131.69 | 0.00 |
| 13. | Next Estate | Unsecured |  | No Claim Filed |
| 14. | Chase | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 17. | Medical Collections | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | MRSI | Unsecured |  | No Claim Filed |
| 20. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,867.93 | $ 3,651.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 208.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Longmore, Dawn

Printed: 5/13/08

Case Number: 07 B 06711
Judge: Hollis, Pamela S
Filed: 4/13/07

_____
$ 208.44

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

